IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775<br>Hon. Catherine C. Blake |
| This Document Relates to<br>Case No. 1:20-cv-1286 | SHORT FORM COMPLAINT<br>THA TRACK CASES |

## THA SHORT FORM COMPLAINT

1. Plaintiff, Patricia S. Frankel, states and brings this civil action in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*. Plaintiff is filing this Short Form Complaint pursuant to CMO No. 3, entered on August 3, 2017 by this Court.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff is a resident and citizen of New York, New York, and claims damages as set forth below.

3. Federal jurisdiction is proper based on diversity of citizenship.

4. The Federal District in which Plaintiff's initial implants took place: Southern District of New York.

5. The Federal District in which Plaintiff's revision surgery took place: Southern District of New York.

6. Plaintiff brings this action *[check the applicable designation]*:

   \_\_\_X\_\_\_   On behalf of herself;

## FACTUAL ALLEGATIONS

7. On or about September 16, 2018, Plaintiff underwent surgery during which a Smith & Nephew THA System including an Echelon stem was implanted into Plaintiff's left hip.

8. Plaintiff's left implant surgery was performed by Dr. Steve Stuchin, at NYU Hospital for Joint Disease in New York, New York.

9. Plaintiff underwent a medically-indicated revision of the left hip implant September 4, 2018.

10. Plaintiff's revision surgery was performed at Hospital for Special Surgery in New York, New York, by Dr. Jeffrey Westrich.

11. Plaintiff suffered the following complications, injuries, and/or indications, some or all of which made revision surgery of the left and right hips medically necessary: pain, limited mobility, trunnionosis, and metallosis.

12. Plaintiff adopts the allegations of the THA Master Amended Consolidated Complaint ("THA MACC") and any and all amendments to the MACC.

## ALLEGATIONS AS TO INJURIES

13. (a) Plaintiff claims damages as a result of (check all that are applicable):

___X__   INJURY TO HERSELF

_____   INJURY TO THE PERSON REPRESENTED

_____   WRONGFUL DEATH

_____   SURVIVORSHIP ACTION

__X____   ECONOMIC LOSS

Defendant, by its actions or inactions, proximately caused the injuries to Plaintiff.

2

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

14. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference under the laws of the following state (check all that are applicable):

   __X__ COUNT I (negligence: New York)

   __X__ COUNT II (negligent failure to warn: New York)

   __X__ COUNT III (negligent misrepresentation: New York)

   __X__ COUNT IV (negligence per se: New York)

   __X__ COUNT V (breach of express warranties: New York)

   __X__ COUNT VI (punitive damages: New York)


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement; and,
7. All other relief as the Court deems necessary, just and proper.


## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in Complaint so triable.

Dated: May 21, 2020

                      Respectfully submitted,

                      JONES WARD PLC

                      <u>s/ Alex C. Davis</u>
                      Alex C. Davis
                      Jasper D. Ward IV
                      The Pointe
                      1205 E. Washington St., Suite 111
                      Louisville, KY 40206
                      Phone: (502) 882 6000
                      Facsimile: (502) 587-2007
                      alex@jonesward.com
                      jasper@jonesward.com
                      Alex C. Davis Bar ID No.: 94899
                      Jasper D. Ward Bar ID No.: 92160
                      *Counsel for Plaintiff*